# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

MARIO VILLEGAS,                                    1:09-cv-0269-WMW (HC)

                    Petitioner,

                                                   ORDER AUTHORIZING
          vs.                                      IN FORMA PAUPERIS STATUS

NEIL H. ADLER,

                    Respondent.
_____/

      Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*.  The petition will be screened in due course.

IT IS SO ORDERED.

**Dated:   March 13, 2009**          _____/s/  William M. Wunderlich_____
                                     UNITED STATES MAGISTRATE JUDGE